U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2025 SEP 11 PM 4: 09

CLERK

BY `LAW`
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:25-cr-91-1-2 |
| | ) | |
| LOVEPRIT SINGH, and | ) | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| SATPAL SINGH, | ) | 8 U.S.C. § 1324(a)(1)(A)(v)(I) |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 5, 2024, in the District of Vermont, the Defendant, LOVEPRIT SINGH, knowing and in reckless disregard of the fact that certain aliens, including J. LNU, J.K., N.K., P.K., P.K, C.P., B.S.S., and P.S., had come to, entered, and remained in the United States in violation of law, did attempt to transport and move those aliens within the United States by means of transportation or otherwise in furtherance of the aliens' illegal entry.

(8 U.S.C. § 1324(a)(1)(A)(ii))

1

## COUNT TWO

On or about January 10, 2025, in the District of Vermont, the Defendant, SATPAL SINGH, knowing and in reckless disregard of the fact that certain aliens, including G.K, R.K., V.K., H.S., H.S, and H.S., had come to, entered, and remained in the United States in violation of law, did attempt to transport and move those aliens within the United States by means of transportation or otherwise in furtherance of the aliens' illegal entry.

(8 U.S.C. § 1324(a)(1)(A)(ii))

## COUNT THREE

1. From in or about October, 2024, and continuing through at least in or about January 2025, in the District of Vermont and elsewhere, the Defendants, LOVEPRIT SINGH and SATPAL SINGH, did conspire with others, known and unknown to the Grand Jury, to commit the following offense against the United States:

    (a) To violate 8 U.S.C. § 1324(a)(1)(A)(ii), namely: knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, transporting and moving and attempting to transport and move those aliens within the United States by means of transportation or otherwise in furtherance of the aliens' illegal entry.

2. Among the means employed by the conspirators were the following:

    (a) The conspirators received payment for transporting and arranging the transport of said aliens;

    (b) The conspirators coordinated to arrange times and locations to transport said aliens away from the United States-Canada border in furtherance of the aliens' illegal entry;

    (c) The conspirators rented vehicles, and used personally-owned vehicles, to transport said aliens; and

    (d) The conspirators drove to various locations in the District of Vermont and elsewhere to pickup the aliens and transport them away from the United States-Canada border in furtherance of the aliens' illegal entry.

(8 U.S.C. § 1324(a)(1)(A)(v)(I))

TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER (KHF)
Acting United States Attorney
Burlington, Vermont
September 11, 2025

3